# U.S. DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Jane Doe-2,<br><br>                  Plaintiff,<br><br>v.<br><br>Richland County School District Two, Jeff Temoney, Sheriff of Richland County in His Official Capacity d/b/a Richland County Sheriff's Department, Sheriff Leon Lott, and Captain John E. Ewing,<br><br>                  Defendants. | C/A NO.: 3:20-cv-02274-CMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS RICHLAND COUNTY SCHOOL DISTRICT TWO AND JEFF TEMONEY** |

**TO:** **THE UNITED STATES DISTRICT COURT**:

Pursuant to FRCP 41(a)(1)(ii), the undersigned, as attorneys for the parties herein, hereby stipulate that all claims and causes of action against Defendants Richland County School District Two and Jeff Temoney are dismissed **with prejudice**.

s/James B. Moore, III
James B. Moore, Federal ID #108
Scott C. Evans, Federal ID #10874
EVANS MOORE, LLC
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
james@evansmoorelaw.com
*Attorney for Plaintiff*

s/Jeffrey C. Kull
Jeffrey C. Kull, Federal ID #7864
MURPHY & GRANTLAND, PA
Post Office Box 6648
Columbia, SC 29260
Office: (803) 782-4100
jkull@murphygrantland.com
*Attorneys for Defendants Richland County School District Two and Jeff Temoney*

s/ Robert D. Garfield
Robert D. Garfield, Federal ID #7799
CROWE LAFAVE, LLC
Post Office Box 1149
Columbia, SC 29202
Office: (803) 999-1225
robert@crowelafave.com
*Attorneys for Defendants Sheriff of Richland County in his official capacity d/b/a RCSD, Ewing, & Bradley*