AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| JANE DOE-2,<br>*Plaintiff*<br>v.<br>SHERIFF OF RICHLAND COUNTY IN HIS OFFICIAL CAPACITY D/B/A RICHLAND COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEON LOTT, and CAPTAIN JOHN E. EWING,<br>*Defendants* | ) ) ) ) ) ) ) Civil Action No.    3:20-cv-02274-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ summary judgment is entered in favor of the defendants, Sheriff of Richland County in his Official Capacity d/b/a Richland County Sheriff's Department, Sheriff Leon Lott, and Captain John E. Ewing. The plaintiff, Jane Doe-2, shall take nothing of the defendants, Sheriff of Richland County in his Official Capacity d/b/a Richland County Sheriff's Department, Sheriff Leon Lott, and Captain John E. Ewing, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having heard and granted the defendants' motion for summary judgment.

Date:   June 22, 2021                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                  s/Charles L. Bruorton
                                                                          *Signature of Clerk or Deputy Clerk*