IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jane Doe-2, | ) | |
| | ) | Civil Action No. 3:20-cv-2274-CMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEAL** |
| Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department, Sheriff Leon Lott, and Captain John E. Ewing, | ) ) ) ) ) | |
| Defendants. | ) | |

Notice is hereby given that Plaintiff Jane Doe-2 in the above named case appeals to the United States Court of Appeals for the Fourth Circuit from the (1) Order entered on June 22, 2021, granting motion for summary judgment of Defendants Sheriff of Richland County in his official capacity d/b/a Richland County Sheriff's Department, Sheriff Leon Lott, and Captain John E. Ewing (ECF # 60) and (2) Judgment entered on June 22, 2021 (ECF # 61).

By: _s/James B. Moore III_
James B. Moore, III, Fed ID # 10844
james@evansmoorelaw.com
Scott C. Evans, Fed ID #10874
scott@evansmoorelaw.com
Evans Moore, LLC
121 Screven Street
Georgetown, SC 29440
Phone: (843) 995-5000

Daniel C. Boles, Fed ID # 12144
dan@boleslawfirmllc.com
23 Broad Street
3870 Leeds Ave., Ste. 104
Post Office Box 381
Charleston, SC 29402
Phone: (843) 576-5775
**Attorneys for Plaintiff Jane Doe-2**

July 13, 2021